IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. 3-23-cv-1733-SAL |
| | ) | |
| 0.012 ACRES, MORE OR LESS, SITUATED IN LEXINGTON COUNTY, STATE OF SOUTH CAROLINA, AND CSS LAND LLC, et al., | ) ) ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on the United States of America's motion to deposit funds in the amount of Twelve Thousand and Five Hundred Dollars ($12,500) (the "Funds"), ECF No. 5. The Funds consist of the "amount the Federal Aviation Administration believes to be just compensation for the property to be taken by eminent domain in this action." [ECF No. 5 at 1.] Good cause appears to grant the United States' request.

The court thus GRANTS the United States' Motion to Deposit, ECF No. 5.

The court ORDERS the Clerk of Court to accept and deposit the Funds into the Registry Bank Account of the United States District Court for the District of South Carolina.

The court FURTHER ORDERS the Clerk of Court to then deposit the Funds into an interest-bearing account under the terms and conditions set forth in Fed. R. Civ. P. 67 and Local Rule 67.01 as soon as the Court's business allows.

s/ Sherri A. Lydon

United States District Judge

June 16, 2023
Columbia, South Carolina